JUDGE KNESS
MAGISTRATE JUDGE MCSHAIN

FILED
6/29/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **21 CR 0 0 4 2 0** |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| JOSE GUADALUPE RUIZ-GONZALEZ | |

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about February 21, 2019, at Waukegan, in the Northern District of Illinois, Eastern Division,

JOSE RUIZ-GONZALEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about July 15, 2006, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY